# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RANDALL CLARK, :

    Plaintiff, :     Case No. 3:06cv00168

vs. :     District Judge Walter Herbert Rice
    Magistrate Judge Sharon L. Ovington

MICHAEL J. ASTRUE, :
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on December 2, 2010 (Doc. #19) is ADOPTED in full;

2. Plaintiff's Motion For Attorney Fees Under Equal Access To Justice Act (EAJA), 28 U.S.C. §2412(d) (Doc. #13) is GRANTED;

3. Plaintiff is granted an award of attorney fees under the EAJA in the amount of $3,628.05; and

4. The case remains terminated on the docket of this Court.

*[Signature]*

Walter Herbert Rice
United States District Judge